### JONES *v.* THE STATE.

LITTLE, J. 1. That an offense was committed within the limits of the county, when a court of that county has assumed jurisdiction to try a person charged with a crime, is a fact necessary to be proved in order to make a conviction legal. To sustain a conviction such fact must be proved beyond a reasonable doubt. *Rooks* v. *State*, 65 *Ga.* 330; *Moye* v. *State*, Id. 754.

2. On the trial of a person charged with murder, the evidence of a witness that " I was about fifty yards from them on the public road in this county " is not sufficient proof of venue. *Futch* v. *State*, 90 *Ga.* 472; *Green* v. *State*, 110 *Ga.* 270.

3. Venue of the alleged crime not having been shown, the verdict of guilty must be set aside as being contrary to law and without evidence to support it. *Carter* v. *State*, 48 *Ga.* 43 ; *Gosha* v *.State*, 56 *Ga.* 36 ; *Berry* v. *State*, 92 *Ga.* 48.

4. The court erred in overruling the motion for a new trial.

               *Judgment reversed.    All the Justices concurring.*

        Argued April 15,—Decided April 24, 1901.

Indictment for murder.    Before Judge. Sheffield.    Terrell superior court.    February 5, 1901.

*Yeomans & Raines,* by *Rosser & Carter,* for plaintiff in error.

*J. M. Terrell, attorney-general,* and *J. A. Laing, solicitor-general,* contra.